## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE:                           )

Tre Michael Horner         )

                             )   Case No.   25-_____

                             )   Chapter   7___

                             )

             Debtor.       )

## PAY ADVICE COVER SHEET

The following pay advice/employee income record information is filed on behalf of the debtor(s):

Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning Date | Ending Date |
|---|---|---|---|
| Debtor | People Source Industrial Staffing | 03/06/2025 | 04/24/2025 |
| Non Filing | Apex Dental | 11/08/2024 | 04/25/2025 |
| | | | |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

Date:   05/30/2025

                                   /s/ O. Clifton Gooding
Signature
   O. Clifton Gooding (OBA#10315)
Name
   204 N. Robinson Avenue, Suite 1235
Address
   Oklahoma City, OK 73102
City, State, and Zip Code
   405.948.1978
Telephone Number
   405.948.0864
Fax Number
   cgooding@goodingfirm.com
Email Address
Counsel for Debtor(s)

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**   **Mail to Employee**   People Source Industrial Staffing, LLC

Name: **Tre M Horner**   Check Date: 03/06/25   Check #:50177

4921 Byron cir   SSN: ###-##-1258 EE ID: 193884 Branch: PSIS - OKC

yukon, OK 73099

6608 N Western Ave #476
Oklahoma City, OK 73116
(405) 418-4050

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 02/24/2025 - 03/02/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | Reg | 40.00 | $21.00 | $840.00 | 40.00 | $840.00 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $840.00 | $0.00 | $0.00 |
| FICA EE | $840.00 | $52.08 | $52.08 |
| MED EE | $840.00 | $12.18 | $12.18 |
| OK WH | $840.00 | $30.00 | $30.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $745.74 | ####8689 |

| | |
|---|---|
| **YTD Gross** | $840.00 |
| **Gross Amt.** | $840.00 |
| **Net Amt.** | $745.74 |

| **Check Number** | 50177 |
|---|---|

1st Check

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**    **Mail to Employee**    **People Source Industrial Staffing, LLC**

Name: **Tre M Horner**    Check Date: 03/13/25    Check #:50342    6608 N Western Ave #476
4921 Byron cir    SSN: ###-##-1258 EE ID: 193884 Branch: PSIS - OKC    Oklahoma City, OK 73116
yukon, OK 73099    (405) 418-4050

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 03/03/2025 - 03/09/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, FO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | Reg | 40.00 | $21.00 | $840.00 | 80.00 | $1,680.00 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $840.00 | $0.00 | $0.00 |
| FICA EE | $840.00 | $52.08 | $104.16 |
| MED EE | $840.00 | $12.18 | $24.36 |
| OK WH | $840.00 | $30.00 | $60.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $745.74 | ####8689 |

| | |
|---|---|
| **YTD Gross** | $1,680.00 |
| **Gross Amt.** | $840.00 |
| **Net Amt.** | $745.74 |
| **Check Number** | 50342 |

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS      Mail to Employee**

Name: **Tre M Horner**

4921 Byron cir
yukon, OK 73099

Check Date: 03/20/25    Check #:50510

SSN: ###-##-1258 EE ID: 193884 Branch: PSIS - OKC

**People Source Industrial Staffing, LLC**

6608 N Western Ave #476
Oklahoma City, OK 73116
(405) 418-4050

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/2025 - 03/16/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | Reg | 40.00 | $21.00 | $840.00 | 120.00 | $2,520.00 |
| 03/10/2025 - 03/16/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | OT | 11.00 | $31.50 | $346.50 | 11.00 | $346.50 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $1,186.50 | $0.00 | $0.00 |
| FICA EE | $1,186.50 | $73.56 | $177.72 |
| MED EE | $1,186.50 | $17.20 | $41.56 |
| OK WH | $1,186.50 | $46.00 | $106.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $1,049.74 | ####8689 |

| | |
|---|---|
| **YTD Gross** | $2,866.50 |
| **Gross Amt.** | $1,186.50 |
| **Net Amt.** | $1,049.74 |

| **Check Number** | 50510 |
|---|---|

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**    **Mail to Employee**

**People Source Industrial Staffing, LLC**

Name: **Tre M Horner**    Check Date: 03/27/25   Check #:50681

6608 N Western Ave #476
Oklahoma City, OK 73116
(405) 418-4050

4921 Byron cir    SSN: # # # - # # -1258 EE ID: 193B84 Branch: PSIS - OKC
yukon, OK 73099

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2025 - 03/23/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | Reg | 40.00 | $21.00 | $840.00 | 160.00 | $3,360.00 |
| 03/17/2025 - 03/23/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | OT | 10.00 | $31.50 | $315.00 | 21.00 | $661.50 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $1,155.00 | $0.00 | $0.00 |
| FICA EE | $1,155.00 | $71.61 | $249.33 |
| MED EE | $1,155.00 | $16.75 | $58.31 |
| OK WH | $1,155.00 | $45.00 | $151.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $1,021.64 | # # # #8689 |

| | |
|---|---|
| **YTD Gross** | $4,021.50 |
| **Gross Amt.** | $1,155.00 |
| **Net Amt.** | $1,021.64 |

| **Check Number** | 50681 |
|---|---|

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**     **Mail to Employee**     **People Source Industrial Staffing, LLC**

Name: **Tre M Horner**     Check Date: 04/10/25     Check #:51030        6608 N Western Ave #476

4921 Byron cir     SSN: ###-##-1258 EE ID: 193884 Branch: PSIS - OKC     Oklahoma City, OK 73116

yukon, OK 73099           (405) 418-4050

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2025 -<br>04/06/2025 | Diamond Services<br>Company - Main | 336 N. Falcon Drive, PO Box<br>270593<br>Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma<br>City, OK 73127 | Reg | 32.50 | $21.00 | $682.50 | 232.50 | $4,882.50 |
| . | . | | | OT | | | | 31.00 | $976.50 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $682.50 | $0.00 | $0.00 |
| FICA EE | $682.50 | $42.32 | $363.26 |
| MED EE | $682.50 | $9.90 | $84.96 |
| OK WH | $682.50 | $22.00 | $218.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $608.28 | ####8669 |

| | |
|---|---|
| **YTD Gross** | **$5,859.00** |
| **Gross Amt.** | **$682.50** |
| **Net Amt.** | **$608.28** |

| | |
|---|---|
| **Check Number** | **51030** |

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**       **Mail to Employee**

Name: **Tre M Horner**                    Check Date: 04/17/25    Check #:51209

4921 Byron cir                    SSN: ###-##-1258 EE ID: 193884 Branch: PSIS - OKC

yukon, OK 73099

**People Source Industrial Staffing, LLC**

6608 N Western Ave #476
Oklahoma City, OK 73116
(405) 418-4050

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 04/07/2025 - 04/13/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | Reg | 40.00 | $21.00 | $840.00 | 272.50 | $5,722.50 |
| 04/07/2025 - 04/13/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N. Falcon Drive, Oklahoma City, OK 73127 | OT | 6.00 | $31.50 | $189.00 | 37.00 | $1,165.50 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $1,029.00 | $0.00 | $0.00 |
| FICA EE | $1,029.00 | $63.80 | $427.06 |
| MED EE | $1,029.00 | $14.92 | $99.88 |
| OK Wit | $1,029.00 | $39.00 | $257.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $911.28 | ####8689 |

| | |
|---|---|
| **YTD Gross** | $6,888.00 |
| **Gross Amt.** | $1,029.00 |
| **Net Amt.** | $911.28 |
| **Check Number** | 51209 |

**EARNINGS STATEMENT IMPORTANT - KEEP FOR YOUR RECORDS**     **Mail to Employee**          **People Source Industrial Staffing, LLC**

Name: **Tre M Horner**                    Check Date: 04/24/25     Check #:51390                                    6608 N Western Ave #476
4921 Byron cir                     SSN: ###-##-1258 EE ID: 193884 Branch: PSIS - OKC                     Oklahoma City, OK 73116
yukon, OK 73099                                                                                                    (405) 418-4050

| Week Worked | Customer - Department | Customer Address | Worksite Address | Type | Hours | Pay Rate | Total Pay | YTD Hrs | YTD Pay |
|---|---|---|---|---|---|---|---|---|---|
| 04/14/2025 - 04/20/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N Falcon Drive, Oklahoma City, OK 73127 | Reg | 40.00 | $21.00 | $840.00 | 312.50 | $6,562.50 |
| 04/14/2025 - 04/20/2025 | Diamond Services Company - Main | 336 N. Falcon Drive, PO Box 270593 Oklahoma City, OK 73127 | 336 N Falcon Drive, Oklahoma City, OK 73127 | OT | 10.00 | $31.50 | $315.00 | 47.00 | $1,480.50 |

| Tax Name | Taxable Grs. | Tax Amt | YTD Tax |
|---|---|---|---|
| Federal Income Tax | $1,155.00 | $0.00 | $0.00 |
| FICA EE | $1,155.00 | $71.61 | $498.67 |
| MED EE | $1,155.00 | $16.75 | $116.63 |
| OK WH | $1,155.00 | $45.00 | $302.00 |

| Bank Name | Amount | Account No |
|---|---|---|
| Sutton Bank | $1,021.64 | ####8689 |

| | |
|---|---|
| **YTD Gross** | $8,043.00 |
| **Gross Amt.** | $1,155.00 |
| **Net Amt.** | $1,021.64 |

| **Check Number** | 51390 |
|---|---|

Voucher #: 018680 Sort Order: 31

Ashlyn Morgan Fields          APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 10-20-2024 | Check Date | 11-08-2024 | Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date 11-02-2024 | Check Number | 0013242225 | State Filing Status S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 11-02-2024 | SALARY PAY | 1230.7700 | 1.00 | 1230.77 |
| 11-02-2024 | OTHER EARN | 500.0000 | 1.00 | 500.00 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 25.10 | 128.79 |
| SOC SECURITY | 107.31 | 550.67 |
| OK INCOME TAX | 60.00 | 264.00 |

| | | |
|---|---|---|
| TOTAL | 2.00 | 1,730.77 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,538.36 |
| TOTAL DEPOSITED | | $1,538.36 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,538.36 |
| TOTAL NET PAY | $1,538.36 |
| TOTAL NET PAY YTD | $8,083.32 |

| | | |
|---|---|---|
| TOTAL | 192.41 | 943.46 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 7.00 | 8214.26 |
| PTO WAGES | 1.00 | 117.52 |
| EXPENSE REIMB | 1.00 | 145.00 |
| OTHER EARN | 2.00 | 550.00 |
| TOTAL | 11.00 | $9,026.78 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 27.78 |
| TOTAL | 4.63 | 27.78 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

Check No. 0013242225
Pay Date 11-08-2024

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY** Non-negotiable                                                                 $0.00

TO THE
ORDER       Ashlyn Morgan Fields
OF          4921 Byron Circle                    *** Non-Negotiable ***
            Yukon, OK 73099

Voucher #: 018823 Sort Order: 31

Ashlyn Morgan Fields    APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733

SSN# XXX-XX-1377    Period Start Date 11-03-2024    Check Date    11-22-2024 Federal Filing Status H/Head of Household
EMP# H79922    Period End Date 11-16-2024    Check Number    0013337668 State Filing Status    S/2

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|------|----------------|----------|------------------|------------|
| 11-16-2024 | SALARY PAY | 1125.870C | 1.00 | 1125.87 |

### Deductions / Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| MEDICARE | 16.32 | 145.11 |
| SOC SECURITY | 69.80 | 620.47 |
| OK INCOME TAX | 31.00 | 295.00 |

| | | Hours/Units Paid | Pay Amount |
|---|---|---|---|
| TOTAL | | 1.00 | 1,125.87 |

## Direct Deposit Detail

| Account | Type | Amount |
|---------|------|--------|
| 30385 | CHECKING | 1,008.75 |
| TOTAL DEPOSITED | | $1,008.75 |

## Net Pay Distribution

| Type | Amount |
|------|--------|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,008.75 |
| TOTAL NET PAY | $1,008.75 |
| TOTAL NET PAY YTD | $9,092.07 |

| TOTAL | 117.12 | 1,060.58 |

## Earnings - Year To Date

| Description | Hours | YTD |
|-------------|-------|-----|
| SALARY PAY | 8.00 | 9340.13 |
| PTO WAGES | 1.00 | 117.52 |
| EXPENSE REIMB | 1.00 | 145.00 |
| OTHER EARN | 2.00 | 550.00 |
| TOTAL | 12.00 | $10,152.65 |

## Paid Time Off

| Description | Balance |
|-------------|---------|

## Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|
| ER STD | 4.63 | 32.41 |
| TOTAL | 4.63 | 32.41 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0013337668
Pay Date 11-22-2024

**PAY** Non-negotiable

$0.00

TO THE
ORDER
OF

Ashlyn Morgan Fields
4921 Byron Circle
Yukon, OK 73099

*** Non-Negotiable ***

Voucher #: 018896 Sort Order: 31

Ashlyn Morgan Fields          **APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| SSN# XXX-XX-1377 | Period Start Date 11-17-2024 | Check Date | 12-06-2024 | Federal Filing Status | H/Head of Household |
|---|---|---|---|---|---|
| EMP# H79922 | Period End Date 11-30-2024 | Check Number | 0013435048 | State Filing Status | S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 11-30-2024 | SALARY PAY | 1065.1700 | 1.00 | 1065.17 |
| 11-30-2024 | PTO WAGES | 165.6000 | 1.00 | 165.60 |
| 11-30-2024 | EXPENSE REIMB | 430.0000 | 1.00 | 430.00 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.85 | 162.96 |
| SOC SECURITY | 76.31 | 696.78 |
| OK INCOME TAX | 36.00 | 331.00 |

| TOTAL | | 3.00 | 1,660.77 |
|---|---|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,530.61 |

| TOTAL DEPOSITED | | $1,530.61 |
|---|---|---|

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,530.61 |
| TOTAL NET PAY | $1,530.61 |
| TOTAL NET PAY YTD | $10,622.68 |

TOTAL    130.16    1,190.74

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 9.00 | 10405.30 |
| PTO WAGES | 2.00 | 283.12 |
| EXPENSE REIMB | 2.00 | 575.00 |
| OTHER EARN | 2.00 | 550.00 |

| TOTAL | 15.00 | $11,813.42 |
|---|---|---|

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 37.04 |

| TOTAL | 4.63 | 37.04 |
|---|---|---|

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0013435048
Pay Date 12-06-2024

**PAY** Non-negotiable                                                    $0.00

TO THE
ORDER
OF          Ashlyn Morgan Fields
            4921 Byron Circle
            Yukon, OK 73099

*** *Non-Negotiable* ***

Voucher #: 018969 Sort Order: 30

Ashlyn Morgan Fields    **APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| | | | |
|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 12-01-2024 | Check Date | 12-20-2024 Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date 12-14-2024 | Check Number | 0013540013 State Filing Status S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 12-14-2024 | SALARY PAY | 1230.7700 | 1.00 | 1230.77 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.84 | 180.80 |
| SOC SECURITY | 76.31 | 773.09 |
| OK INCOME TAX | 36.00 | 367.00 |

**TOTAL**                    1.00     1,230.77

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,100.62 |
| TOTAL DEPOSITED | | $1,100.62 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,100.62 |
| TOTAL NET PAY | $1,100.62 |
| TOTAL NET PAY YTD | $11,723.30 |

TOTAL     130.15     1,320.89

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 10.00 | 11636.07 |
| PTO WAGES | 2.00 | 283.12 |
| EXPENSE REIMB | 2.00 | 575.00 |
| OTHER EARN | 2.00 | 550.00 |
| TOTAL | 16.00 | $13,044.19 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 41.67 |
| TOTAL | 4.63 | 41.67 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

Check No. 0013540013
Pay Date 12-20-2024

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY** Non-negotiable                                                           $0.00

TO THE
ORDER    Ashlyn Morgan Fields
OF          4921 Byron Circle          *** *Non-Negotiable* ***
             Yukon, OK 73099

Voucher #: 019267 Sort Order: 31

Ashlyn Morgan Fields                 APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733

| SSN# | XXX-XX-1377 | Period Start Date | 12-15-2024 | Check Date | 01-03-2025 | Federal Filing Status | H/Head of Household |
| EMP# | H79922 | Period End Date | 12-28-2024 | Check Number | 0013629676 | State Filing Status | S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|------|-----------------|----------|------------------|-----------|
| 12-28-2024 | SALARY PAY | 1075.9200 | 1.00 | 1075.92 |
| 12-28-2024 | PTO WAGES | 154.8500 | 1.00 | 154.85 |
| 12-28-2024 | EXPENSE REIMB | 440.0000 | 1.00 | 440.00 |

## Deductions / Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| MEDICARE | 17.85 | 17.85 |
| SOC SECURITY | 76.31 | 76.31 |
| OK INCOME TAX | 36.00 | 36.00 |

**TOTAL**            3.00      1,670.77

## Direct Deposit Detail

| Account | Type | Amount |
|---------|------|--------|
| 30385 | CHECKING | 1,540.61 |
| TOTAL DEPOSITED | | $1,540.61 |

## Net Pay Distribution

| Type | Amount |
|------|--------|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,540.61 |
| TOTAL NET PAY | $1,540.61 |
| TOTAL NET PAY YTD | $1,540.61 |

TOTAL            130.16      130.16

## Earnings - Year To Date

| Description | Hours | YTD |
|-------------|-------|-----|
| SALARY PAY | 1.00 | 1075.92 |
| PTO WAGES | 1.00 | 154.85 |
| EXPENSE REIMB | 1.00 | 440.00 |
| TOTAL | 3.00 | $1,670.77 |

## Paid Time Off

| Description | Balance |
|-------------|---------|

## Employer Contributions

| Description | Amount | YTD |
|-------------|--------|-----|
| ER STD | 4.63 | 4.63 |
| TOTAL | 4.63 | 4.63 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0013629676
Pay Date 01-03-2025

**PAY** Non-negotiable                                                                $0.00

TO THE
ORDER       Ashlyn Morgan Fields
OF          4921 Byron Circle
            Yukon, OK 73099

*** *Non-Negotiable* ***

Voucher #: 019409 Sort Order: 30

Ashlyn Morgan Fields            **APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| | | | |
|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 12-29-2024 | Check Date | 01-17-2025 Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date 01-11-2025 | Check Number | 0013727376 State Filing Status S/2 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 01-11-2025 | SALARY PAY | 1065.1700 | 1.00 | 1065.17 |
| 01-11-2025 | PTO WAGES | 165.6000 | 1.00 | 165.60 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.84 | 35.69 |
| SOC SECURITY | 76.31 | 152.62 |
| OK INCOME TAX | 36.00 | 72.00 |

| | | |
|---|---|---|
| TOTAL | 2.00 | 1,230.77 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,100.62 |
| TOTAL DEPOSITED | | $1,100.62 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,100.62 |
| TOTAL NET PAY | $1,100.62 |
| TOTAL NET PAY YTD | $2,641.23 |

| | | |
|---|---|---|
| TOTAL | 130.15 | 260.31 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 2.00 | 2141.09 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 1.00 | 440.00 |
| TOTAL | 5.00 | $2,901.54 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 9.26 |
| TOTAL | 4.63 | 9.26 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)                                         Check No. 0013727376
                                                                  Pay Date 01-17-2025

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY** Non-negotiable                                            $0.00

TO THE
ORDER      Ashlyn Morgan Fields                    *** *Non-Negotiable* ***
OF         4921 Byron Circle
           Yukon, OK 73099

Voucher #: 019480 Sort Order: 29

Ashlyn Morgan Fields                    APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733

| | | | |
|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 01-12-2025 | Check Date | 01-31-2025 Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date 01-25-2025 | Check Number | 0013816727 State Filing Status S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 01-25-2025 | SALARY PAY | 686.3100 | 1.00 | 686.31 |

| **TOTAL** | | | 1.00 | 686.31 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 9.95 | 45.64 |
| SOC SECURITY | 42.55 | 195.17 |
| OK INCOME TAX | 10.00 | 82.00 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 623.81 |

| TOTAL DEPOSITED | | $623.81 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $623.81 |
| TOTAL NET PAY | $623.81 |
| TOTAL NET PAY YTD | $3,265.04 |

| TOTAL | 62.50 | 322.81 |

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 3.00 | 2827.40 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 1.00 | 440.00 |
| **TOTAL** | 6.00 | $3,587.85 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 0.00 | 9.26 |
| TOTAL | 0.00 | 9.26 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

---

APEX DENTAL PARTNERS (OK)

Check No. 0013816727
Pay Date 01-31-2025

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY** Non-negotiable                                    $0.00

TO THE
ORDER    Ashlyn Morgan Fields
OF       4921 Byron Circle
         Yukon, OK 73099

*** *Non-Negotiable* ***

Voucher #: 019622 Sort Order: 28

Ashlyn Morgan Fields                **APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| | | | | |
|---|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 01-26-2025 | Check Date | 02-14-2025 | Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date 02-08-2025 | Check Number | 0013912545 | State Filing Status S/2 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 02-08-2025 | SALARY PAY | 1230.7700 | 1.00 | 1230.77 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.85 | 63.49 |
| SOC SECURITY | 76.30 | 271.47 |
| OK INCOME TAX | 36.00 | 118.00 |

| | | |
|---|---|---|
| TOTAL | 1.00 | 1,230.77 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,100.62 |

| | |
|---|---|
| TOTAL DEPOSITED | $1,100.62 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,100.62 |
| TOTAL NET PAY | $1,100.62 |
| TOTAL NET PAY YTD | $4,365.66 |

TOTAL     130.15     452.96

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 4.00 | 4058.17 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 1.00 | 440.00 |
| TOTAL | 7.00 | $4,818.62 |

### Paid Time Off

### Employer Contributions

| Balance | Description | Amount | YTD |
|---|---|---|---|
| | ER STD | 4.63 | 13.89 |
| | TOTAL | 4.63 | 13.89 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)



G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0013912545
Pay Date 02-14-2025

**PAY** Non-negotiable                                        $0.00

TO THE
ORDER
OF

**Ashlyn Morgan Fields**
**4921 Byron Circle**
**Yukon, OK 73099**

*** *Non-Negotiable* ***

Voucher #: 019767 Sort Order: 28

Ashlyn Morgan Fields

**APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| | | | | | |
|---|---|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date | 02-09-2025 | Check Date | 02-28-2025 | Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date | 02-22-2025 | Check Number | 0014006217 | State Filing Status S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 02-22-2025 | SALARY PAY | 1118.980( | 1.00 | 1118.9( |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 16.23 | 79.72 |
| SOC SECURITY | 69.38 | 340.85 |
| OK INCOME TAX | 31.00 | 149.00 |

| | | | |
|---|---|---|---|
| TOTAL | 1.00 | 1,118.98 | |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,002.37 |
| TOTAL DEPOSITED | | $1,002.37 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,002.37 |
| TOTAL NET PAY | $1,002.37 |
| TOTAL NET PAY YTD | $5,368.03 |

| TOTAL | 116.61 | 569.57 |
|---|---|---|

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 5.00 | 5177.15 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 1.00 | 440.00 |
| TOTAL | 8.00 | $5,937.60 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 18.52 |
| TOTAL | 4.63 | 18.52 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0014006217
Pay Date 02-28-2025

**PAY** Non-negotiable

$0.00

TO THE
ORDER
OF

Ashlyn Morgan Fields
4921 Byron Circle
Yukon, OK 73099

*** Non-Negotiable ***

Voucher #: 019922 Sort Order: 27

Ashlyn Morgan Fields          **APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| | | | | |
|---|---|---|---|---|
| SSN#  XXX-XX-1377 | Period Start Date 02-23-2025 | Check Date | 03-14-2025 | Federal Filing Status  H/Head of Household |
| EMP#  H79922 | Period End Date  03-08-2025 | Check Number | 0014099006 | State Filing Status    S/2 |

## Earnings - Current                                   Deductions / Taxes

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount | | Description | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| 03-08-2025 | SALARY PAY | 1230.7700 | 1.00 | 1230.77 | | MEDICARE | 17.84 | 97.56 |
| | | | | | | SOC SECURITY | 76.31 | 417.16 |
| | | | | | | OK INCOME TAX | 36.00 | 185.00 |

| TOTAL | | | 1.00 | 1,230.77 |
|---|---|---|---|---|

### Direct Deposit Detail                           Net Pay Distribution

| Account | Type | Amount | Type | Amount |
|---|---|---|---|---|
| 30385 | CHECKING | 1,100.62 | CHECK | $0.00 |
| | | | DIRECT DEPOSIT | $1,100.62 |
| TOTAL DEPOSITED | | $1,100.62 | TOTAL NET PAY | $1,100.62 |
| | | | TOTAL NET PAY YTD | $6,468.65 |

TOTAL    130.15    699.72

### Earnings - Year To Date          Paid Time Off          Employer Contributions

| Description | Hours | YTD | Description | Balance | Description | Amount | YTD |
|---|---|---|---|---|---|---|---|
| SALARY PAY | 6.00 | 6407.92 | | | ER STD | 4.63 | 23.15 |
| PTO WAGES | 2.00 | 320.45 | | | | | |
| EXPENSE REIMB | 1.00 | 440.00 | | | | | |

| TOTAL | 9.00 | $7,168.37 | | | TOTAL | 4.63 | 23.15 |
|---|---|---|---|---|---|---|---|

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

Check No. 0014099006
Pay Date 03-14-2025

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY**  Non-negotiable                                                    $0.00

TO THE
ORDER    Ashlyn Morgan Fields
OF       4921 Byron Circle
         Yukon, OK 73099

*** *Non-Negotiable* ***

Voucher #: 020064 Sort Order: 27

Ashlyn Morgan Fields                 APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733

| | | | | | |
|---|---|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 03-09-2025 | Check Date | 03-28-2025 | Federal Filing Status | H/Head of Household |
| EMP# H79922 | Period End Date 03-22-2025 | Check Number | 0014191551 | State Filing Status | S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 03-22-2025 | SALARY PAY | 1230.7700 | 1.00 | 1230.77 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.85 | 115.41 |
| SOC SECURITY | 76.31 | 493.47 |
| OK INCOME TAX | 36.00 | 221.00 |

| | | |
|---|---|---|
| TOTAL | 1.00 | 1,230.77 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,100.61 |
| TOTAL DEPOSITED | | $1,100.61 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,100.61 |
| TOTAL NET PAY | $1,100.61 |
| TOTAL NET PAY YTD | $7,569.26 |

| | | |
|---|---|---|
| TOTAL | 130.16 | 829.88 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 7.00 | 7638.69 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 1.00 | 440.00 |
| TOTAL | 10.00 | $8,399.14 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 27.78 |
| TOTAL | 4.63 | 27.78 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

Check No. 0014191551
Pay Date 03-28-2025

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY** Non-negotiable                                      $0.00

| | |
|---|---|
| TO THE ORDER OF | Ashlyn Morgan Fields<br>4921 Byron Circle<br>Yukon, OK 73099 |

*** *Non-Negotiable* ***

Voucher #: 020297 Sort Order: 29

Ashlyn Morgan Fields     **APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733**

| | | | |
|---|---|---|---|
| SSN# XXX-XX-1377 | Period Start Date 03-23-2025 | Check Date | 04-11-2025 Federal Filing Status H/Head of Household |
| EMP# H79922 | Period End Date 04-05-2025 | Check Number | 0014285882 State Filing Status S/2 |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 04-05-2025 | SALARY PAY | 1188.1800 | 1.00 | 1188.18 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.23 | 132.64 |
| SOC SECURITY | 73.66 | 567.13 |
| OK INCOME TAX | 34.00 | 255.00 |

| | | |
|---|---|---|
| TOTAL | 1.00 | 1,188.18 |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,063.29 |
| TOTAL DEPOSITED | | $1,063.29 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,063.29 |
| TOTAL NET PAY | $1,063.29 |
| TOTAL NET PAY YTD | $8,632.55 |

TOTAL 124.89 954.77

### Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 8.00 | 8826.87 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 1.00 | 440.00 |
| TOTAL | 11.00 | $9,587.32 |

### Paid Time Off

| Description | Balance |
|---|---|

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 32.41 |
| TOTAL | 4.63 | 32.41 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094

APEX DENTAL PARTNERS (OK)

Check No. 0014285882
Pay Date 04-11-2025

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

**PAY** Non-negotiable          $0.00

TO THE
ORDER
OF    Ashlyn Morgan Fields
4921 Byron Circle
Yukon, OK 73099

*** Non-Negotiable ***

Voucher #: 020452 Sort Order: 31

Ashlyn Morgan Fields           APEX DENTAL PARTNERS (OK) - 15660 Dallas Pkwy Ste 925 - DALLAS, TX 75248 - 214-702-0733

| SSN# | XXX-XX-1377 | Period Start Date | 04-06-2025 | Check Date | 04-25-2025 | Federal Filing Status | H/Head of Household |
|---|---|---|---|---|---|---|---|
| EMP# | H79922 | Period End Date | 04-19-2025 | Check Number | 0014383181 | State Filing Status | S/2 |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 04-19-2025 | SALARY PAY | 1230.7700 | 1.00 | 1230.77 |
| 04-19-2025 | EXPENSE REIMB | 425.0000 | 1.00 | 425.00 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| MEDICARE | 17.84 | 150.48 |
| SOC SECURITY | 76.31 | 643.44 |
| OK INCOME TAX | 36.00 | 291.00 |

| TOTAL | 2.00 | 1,655.77 | | | TOTAL | 130.15 | 1,084.92 |
|---|---|---|---|---|---|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 30385 | CHECKING | 1,525.62 |

| TOTAL DEPOSITED | | $1,525.62 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $1,525.62 |
| TOTAL NET PAY | $1,525.62 |
| TOTAL NET PAY YTD | $10,158.17 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY PAY | 9.00 | 10057.64 |
| PTO WAGES | 2.00 | 320.45 |
| EXPENSE REIMB | 2.00 | 865.00 |
| TOTAL | 13.00 | $11,243.09 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER STD | 4.63 | 37.04 |
| TOTAL | 4.63 | 37.04 |

Service Provider: G&A OUTSOURCING IV, LLC, 17220 KATY FREEWAY, STE 350, HOUSTON, TX 77094, 713/784-1181

APEX DENTAL PARTNERS (OK)

G&A OUTSOURCING IV, LLC
17220 KATY FREEWAY, STE 350
HOUSTON, TX 77094

Check No. 0014383181
Pay Date 04-25-2025

**PAY** Non-negotiable                                                               $0.00

TO THE
ORDER    **Ashlyn Morgan Fields**
OF           **4921 Byron Circle**
              **Yukon, OK 73099**

*** *Non-Negotiable* ***