# Notice Recipients

District/Off: 1087−5     User: admin     Date Created: 05/30/2025
Case: 25−11638     Form ID: 309A     Total: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Tre Michael Horner | 4921 Byron Circle | Yukon, OK 73099 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | John D. Mashburn | 1616 E 19th Street, Suite 301A | Edmond, OK 73013 | |
| aty | O. Clifton Gooding | The Gooding Law Firm | 204 North Robinson Avenue, Suite 1235 | Oklahoma City, OK 73102 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152−3039 | |
| 6940000 | Amanda Blackwood | Blackwood Law Firm, PLLC | 512 NW 12th Street | Oklahoma City OK 73103 |
| 6940001 | Ashlynn Fields | 4921 Byron Circle | Yukon OK 73099 | |
| 6940002 | Cac Financial Corp | Attn: Bankruptcy | 2601 Northwest Expressway, Ste 1000e | Oklahoma City OK 73112 |
| 6940003 | HRRG | PO Box 5406 | Cincinnati OH 45273−7942 | |
| 6940004 | IRS | PO Box 7346 | Philadelphia PA 19101−7346 | |
| 6940005 | Jeffery S. Ludlam | Hall & Ludlam, PLLC | 210 Park Ave Ste. 3001 | Oklahoma City OK 73102 |
| 6940006 | Kitty Horner | 4921 Byron Circle | Yukon OK 73099 | |
| 6940007 | Oklahoma Tax Commission | Attn: Legal Bankruptcy | PO Box 269056 | Oklahoma City OK 73126 |
| 6940008 | Sheffield Financial | Attn: Bankruptcy | 214 N Tryon St | Charlotte NC 28202 |
| 6940009 | Weokie Fcu | Attn: Bankruptcy | Po Box 26090 | Oklahoma City OK 73126 |

TOTAL: 15