# Notice Recipients

District/Off: 1087–5         User: admin         Date Created: 9/8/2025
Case: 25–11638               Form ID: 318        Total: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| tr | John D. Mashburn | ecf@mashburnlaw.net |
| aty | O. Clifton Gooding | cgooding@goodingfirm.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Tre Michael Horner | 4921 Byron Circle    Yukon, OK 73099 |
| 6940000 | Amanda Blackwood | Blackwood Law Firm, PLLC    512 NW 12th Street    Oklahoma City OK 73103 |
| 6940001 | Ashlynn Fields | 4921 Byron Circle    Yukon OK 73099 |
| 6940002 | Cac Financial Corp | Attn: Bankruptcy    2601 Northwest Expressway, Ste 1000e    Oklahoma City OK 73112 |
| 6940003 | HRRG | PO Box 5406    Cincinnati OH 45273–7942 |
| 6940004 | IRS | PO Box 7346    Philadelphia PA 19101–7346 |
| 6940005 | Jeffery S. Ludlam | Hall & Ludlam, PLLC    210 Park Ave    Ste. 3001    Oklahoma City OK 73102 |
| 6940006 | Kitty Horner | 4921 Byron Circle    Yukon OK 73099 |
| 6940007 | Oklahoma Tax Commission | Attn: Legal Bankruptcy    PO Box 269056    Oklahoma City OK 73126 |
| 6940008 | Sheffield Financial | Attn: Bankruptcy    214 N Tryon St    Charlotte NC 28202 |
| 6940009 | Weokie Fcu | Attn: Bankruptcy    Po Box 26090    Oklahoma City OK 73126 |

TOTAL: 11